**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           ) | 10-04367MP-001-PCT-MEA |
|       Plaintiff,          ) | |
|                                         ) | **ORDER** |
| vs.                                    ) | |
| Frankie Clah,                     ) | |
|       Defendant.       ) | |

The defendant appeared in court with counsel and revocation hearing of release conditions was waived. The Court finds by clear and convincing evidence that the defendant has violated the terms of defendant's previously imposed release conditions. The court concludes there are no conditions or combination of conditions which will assure the defendant will not flee and that if there were such conditions the defendant is unlikely to abide by such conditions.

IT IS ORDERED that the defendant be detained.

DATED this 21st day of June, 2013.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge